UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE A. GRIFFITH,

    Plaintiff,
v.                                                Case No. 3:15cv242/MCR/CJK

MARSHAWN GRIFFIN, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On November 18, 2015, the undersigned entered an order (doc. 4) noting plaintiff's motion to proceed *in forma pauperis* was inadequate and advising him that his case could not proceed until all of the forms were submitted, fully completed. The undersigned directed the clerk of court to provide plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff thirty days in which to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file the completed motion to proceed *in forma pauperis*. Plaintiff was cautioned that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

The clerk attempted to mail a copy of the order to plaintiff's address of record, which is the Escambia County Jail. The mail was returned as undeliverable with a

notation that plaintiff had been released.  The clerk's office visited the Escambia County Jail's website to determine whether plaintiff had left a forwarding address and found that he had.  The clerk thus mailed another copy of the November 18 order to that address.  It, too, was returned as undeliverable with a notation that it could not be forwarded.  Plaintiff has not contacted the court or provided a current mailing address.  Based on the court's inability to contact plaintiff, the issuance of any further orders in this matter would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 12th day of January, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No. 3:15cv242/MCR/CJK