UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE A. GRIFFITH,

    Plaintiff,

v.                                              Case No. 3:15cv242/MCR/CJK

MARSHAWN GRIFFIN, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 12, 2016. ECF No. 7. Plaintiff has not been furnished a copy of the Report and Recommendation because he has not updated his address of record and mail has been returned as undeliverable to the address on file. Nevertheless, having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. That plaintiff's complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to keep the Court apprised of his mailing address.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of February, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**